UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 0:18-cv-60922-AOV

ROSAN FERGUSON, on behalf of herself
And others similarly situated,

      Plaintiff,

v.

1800 TAX TEAM PROS, INC., a Florida Profit
Corporation, 1800 TAX PRO, INC., a Florida
Profit Corporation, MELANIE SANTIAGO,
Individually, and LOANY M. CENTENO, JR.,
Individually.

      Defendants.

_____/

**JOINT MOTION REQUESTING DISMISSAL WITH PREJUDICE**

Plaintiff, ROSAN FERGUSON, on behalf of herself and others similarly situated, and

Defendant, 1800 TAX TEAM PROS, INC., a Florida Profit Corporation, 1800 TAX PRO, INC.,

a Florida Profit Corporation, MELANIE SANTIAGO, Individually, and LOANY M. CENTENO,

JR., Individually, by and through their respective undersigned counsel, hereby file this Joint

Motion Requesting Dismissal With Prejudice.  The parties state the following in support:

**I.      STATEMENT OF FACTS**

1.      On April 24, 2018, Plaintiff filed the instant action, asserting claims for violation

of the Fair Labor Standards Act ("FLSA").  *See* ECF No. 1.

2.      On June 22, 2018, Defendants filed their Answer to the Complaint, in which

Defendants denied that the FLSA was violated and denied entitlement to any recovery under the

FLSA.  *See* ECF No. 30.

3.      After careful review and analysis of relevant documents and information, the parties reached an agreement to resolve and settle all of the claims asserted against Defendants at the Settlement Conference on August 14, 2018.  The parties reached agreement and prepared and signed a Settlement Agreement ("Settlement Agreement") that memorializes the monetary and non-monetary terms and conditions of the settlement.

5.      In accordance with the applicable requirements for settling an FLSA claim, the Court approved the settlement reached at the Settlement Conference.

6.      The parties further stipulate to the dismissal of the instant action in its entirety, with prejudice.

## II.      ARGUMENT

Pursuant to the Fair Labor Standards Act ("FLSA"), claims for overtime and minimum wage compensation arising under the FLSA may only be settled or compromised with the approval of the district court or the Secretary of Labor.  *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor).  To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.  *Id.*

The parties dispute whether any liability exists in the instant action.  Nonetheless, the parties agreed to settle all of the claims in this dispute at the Settlement Conference, and have executed a Settlement Agreement.  The terms of the settlement have been approved and the parties are requesting dismissal of this case

The parties have agreed to keep the specific terms and conditions of the Settlement Agreement as confidential.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing this action in its entirety, with prejudice.

DATED this 29th day of October 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ Noah E. Storch* | */s/ William Thomas Brady, Jr.* |
| Noah E. Storch, Esquire | William Thomas Brady, Jr., Esquire |
| Florida Bar No.: 0085476 | Florida Bar No.  54550 |
| Richard Celler Legal, P.A. | Law Offices of William Brady, P.A. |
| 7450 Griffin Rd. | 4000 Ponce de Leon Blvd. |
| Suite 230 | Suite 800 |
| Davie, FL 33314 | Miami, FL 33146 |
| Telephone: (866) 344-9243 | Telephone: (305) 358-7688 |
| Facsimile: (954) 337-2771 | Facsimile:  (786) 221-2810 |
| Email: Noah@floridaovertimelawyer.com | E-Mail: wbrady@wbradylaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |